Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 17−10046−KCF
          Chapter: 13
          Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Carmelo F Tortorici                          Mary A Saint−Pierre
   21 Cottonwood Drive                    21 Cottonwood Drive
   Jackson, NJ 08527                          Jackson, NJ 08527

Social Security No.:
   xxx−xx−3682                                xxx−xx−8285

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on April 28, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 25 − 17
Order Granting Notice of Request for Loss Mitigation(Related Doc # 17). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/27/2017. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 28, 2017
JAN: bwj

                                                                     Jeanne Naughton
                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-10046-KCF
Carmelo F Tortorici                                                     Chapter 13
Mary A Saint-Pierre
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 28, 2017
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
lm           +E-mail/Text: EBN_Notifications@OWB.com Apr 28 2017 23:54:41      One West Bank, FSB,
               One West/Citi Bank,   888 East Walnut Street,   Pasadena, CA 91101-1895
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB legerman@rasnj.com,    gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A. legerman@rasnj.com,   gshasa@rasnj.com,
               bmusarra@rasnj.com,bkyecf@rasflaw.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Joint Debtor Mary A Saint-Pierre bkwoliver@aol.com
              William H. Oliver, Jr.    on behalf of Debtor Carmelo F Tortorici bkwoliver@aol.com
                                                                                             TOTAL: 7