UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

WILLIAM H. OLIVER, JR.
2240 Highway 33 - Suite 112
Neptune,NJ  07753
732-988-1500
WO-7129
Attorney for Debtor

**Order Filed on July 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Carmelo Tortorici and Mary Saint-Pierre

Case No.: _____17-10046_____

Chapter: _____13_____

Judge: _____KCF_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 26, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____April 27, 2017____ :

Property:     21 Cottonwood Drive, Jackson, NJ

Creditor:     One West/Cit Bank

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by ____Attorney for Debtor____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____October 27, 2017____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-10046-KCF
Carmelo F Tortorici                                             Chapter 13
Mary A Saint-Pierre
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin           Page 1 of 1           Date Rcvd: Jul 26, 2017
                               Form ID: pdf903       Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db/jdb          +Carmelo F Tortorici,   Mary A Saint-Pierre,   21 Cottonwood Drive,   Jackson, NJ 08527-4940
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One West
           Bank, FSB dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Laura M. Egerman    on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One West
           Bank, FSB bkyecf@rasflaw.com,   gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
          Laura M. Egerman    on behalf of Creditor   CIT Bank, N.A. bkyecf@rasflaw.com,
           gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.   on behalf of Joint Debtor Mary A Saint-Pierre bkwoliver@aol.com,
           r59915@notify.bestcase.com
          William H. Oliver, Jr.   on behalf of Debtor Carmelo F Tortorici bkwoliver@aol.com,
           r59915@notify.bestcase.com
                                                                               TOTAL: 7
```