CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, N.J. 08625-0106
Attorney for the New Jersey
    Division of Taxation

By:   Jonathan B. Peitz
      Deputy Attorney General
      (609)984-0183
      Atty. ID. No. 04155-2010

Order Filed on August 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re

CARMELLO F. TORTORICI and
MARY A. SAINT-PIERRE,

Debtors.

Hon. Kathryn C. Ferguson, U.S.B.J.

Case No.: 17-10046 (KCF)

Chapter 13

CONSENT ORDER ALLOWING AND FIXING THE NEW JERSEY
DIVISION OF TAXATION'S PROOF OF CLAIM

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 29, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: CARMELO F. TORTORICI and MARY A. SAINT-PIERRE, DEBTOR
Case No. 17-10046 (KCF)
Caption: CONSENT ORDER

THIS MATTER, having come before the Court by Debtors Carmelo F. Tortorici and Mary A. Saint-Pierre's ("Debtors") Chapter 13 Plan (Document Number 11); and the New Jersey Division of Taxation ("Taxation"), having filed an objection to confirmation of Debtors' Chapter 13 Plan (Document Number 35); and Debtors, represented by William H. Oliver, Jr., Esquire, and Taxation, represented by Christopher S. Porrino, Attorney General (Jonathan B. Peitz, Deputy Attorney General, appearing), having agreed to an amicable resolution of this matter; and for good cause shown;

IT IS HEREBY ORDERED that Taxation's proof of claim filed on March 13, 2017 (Claims Register Number 7-1), first amended proof of claim filed on May 19, 2017 (Claims Register Number 7-2), and second amended proof of claim filed on August 9, 2017 (Claims Register Number 7-3) are hereby amended and superseded by Taxation's third amended proof of claim filed on August 25, 2017 (Claims Register Number 7-4) in the amount of $3,889.13; and

IT IS HEREBY FURTHER ORDERED that Taxation's Third Amended Proof of Claim (Claims Register Number 7-4) shall be allowed in its entirety and shall be paid as provided for in this Consent Order; and

IT IS HEREBY FURTHER ORDERED that the priority amount of

2

Debtor: CARMELO F. TORTORICI and MARY A. SAINT-PIERRE, DEBTOR
Case No. 17-10046 (KCF)
Caption: CONSENT ORDER

Taxation's third amended proof of claim (Claims Register Number 7-3) - $2,836.42 - shall be paid in full through Debtors' Chapter 13 Plan and Debtors' Chapter 13 Plan is hereby amended to include full payment of this priority amount; and

IT IS HEREBY FURTHER ORDERED that the general unsecured portion of Taxation's third amended proof of claim (Claims Register Number 7-3) - $1,052.71 - shall be paid as other general unsecured creditors through Debtors' Chapter 13 Plan; and

IT IS HEREBY FURTHER ORDERED that if any provision of this Consent Order conflicts with any other Order entered in this case, including an order confirming Debtors' Chapter 13 Plan and/or a discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM, CONTENT AND ENTRY:

WILLIAM H. OLIVER, JR., ESQ.
Counsel to Debtors

By: _____
William H. Oliver, Jr., Esq.
NJ BAR ID #28153-1972

Dated:

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Taxation

By: _____
Jonathan B. Peitz
Deputy Attorney General

Dated: 8/29/17

3