CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, N.J. 08625-0106
Attorney for the New Jersey
    Division of Taxation

By:   Jonathan B. Peitz
      Deputy Attorney General
      (609) 984-0183
      Atty. ID. No. 04155-2010

**Order Filed on August 29, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re<br><br>CARMELLO F. TORTORICI and<br>MARY A. SAINT-PIERRE,<br><br>Debtors. | Hon. Kathryn C. Ferguson, U.S.B.J.<br><br>Case No.: 17-10046 (KCF)<br><br>Chapter 13 |

CONSENT ORDER ALLOWING AND FIXING THE NEW JERSEY
DIVISION OF TAXATION'S PROOF OF CLAIM

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 29, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:  CARMELO F. TORTORICI and MARY A. SAINT-PIERRE, DEBTOR
Case No. 17-10046 (KCF)
Caption:  CONSENT ORDER

THIS MATTER, having come before the Court by Debtors Carmelo F. Tortorici and Mary A. Saint-Pierre's ("Debtors") Chapter 13 Plan (Document Number 11); and the New Jersey Division of Taxation ("Taxation"), having filed an objection to confirmation of Debtors' Chapter 13 Plan (Document Number 35); and Debtors, represented by William H. Oliver, Jr., Esquire, and Taxation, represented by Christopher S. Porrino, Attorney General (Jonathan B. Peitz, Deputy Attorney General, appearing), having agreed to an amicable resolution of this matter; and for good cause shown;

IT IS HEREBY ORDERED that Taxation's proof of claim filed on March 13, 2017 (Claims Register Number 7-1), first amended proof of claim filed on May 19, 2017 (Claims Register Number 7-2), and second amended proof of claim filed on August 9, 2017 (Claims Register Number 7-3) are hereby amended and superseded by Taxation's third amended proof of claim filed on August 25, 2017 (Claims Register Number 7-4) in the amount of $3,889.13; and

IT IS HEREBY FURTHER ORDERED that Taxation's Third Amended Proof of Claim (Claims Register Number 7-4) shall be allowed in its entirety and shall be paid as provided for in this Consent Order; and

IT IS HEREBY FURTHER ORDERED that the priority amount of

2

Debtor:  CARMELO F. TORTORICI and MARY A. SAINT-PIERRE, DEBTOR
Case No. 17-10046 (KCF)
Caption:  CONSENT ORDER

Taxation's third amended proof of claim (Claims Register Number 7-3) - $2,836.42 - shall be paid in full through Debtors' Chapter 13 Plan and Debtors' Chapter 13 Plan is hereby amended to include full payment of this priority amount; and

IT IS HEREBY FURTHER ORDERED that the general unsecured portion of Taxation's third amended proof of claim (Claims Register Number 7-3) - $1,052.71 - shall be paid as other general unsecured creditors through Debtors' Chapter 13 Plan; and

IT IS HEREBY FURTHER ORDERED that if any provision of this Consent Order conflicts with any other Order entered in this case, including an order confirming Debtors' Chapter 13 Plan and/or a discharge order, the provisions of this Order shall control.

CONSENTED AS TO FORM, CONTENT AND ENTRY:

WILLIAM H. OLIVER, JR., ESQ.
Counsel to Debtors

By: _____
William H. Oliver, Jr., Esq.
NJ BAR ID #28153-1972

Dated:

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY
Attorney for Taxation

By: _____
Jonathan B. Peitz
Deputy Attorney General

Dated: 8/29/17

3

United States Bankruptcy Court
District of New Jersey

In re:
Carmelo F Tortorici
Mary A Saint-Pierre
    Debtors

Case No. 17-10046-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: Aug 30, 2017
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2017.
db         #+Carmelo F Tortorici,    21 Cottonwood Drive,    Jackson, NJ 08527-4940
jdb        +Mary A Saint-Pierre,    21 Cottonwood Drive,    Jackson, NJ 08527-4940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2017 at the address(es) listed below:
       Albert   Russo    docs@russotrustee.com
       Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Jonathan B. Peitz    on behalf of Creditor    New Jersey Division of Taxation    Jonathan.Peitz@dol.lps.state.nj.us
       Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
       Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A. bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
       U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
       William H. Oliver, Jr.    on behalf of Debtor Carmelo F Tortorici bkwoliver@aol.com,   r59915@notify.bestcase.com
       William H. Oliver, Jr.    on behalf of Joint Debtor Mary A Saint-Pierre bkwoliver@aol.com,   r59915@notify.bestcase.com
                                                                                                           TOTAL: 8