| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | CASE NO.: 17-10046-KCF<br><br>CHAPTER 13<br><br>**Order Filed on November 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **In Re:**<br><br>**CARMELO F TORTORICI and<br>MARY A SAINT-PIERRE,**<br><br>   Debtors. | |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' APPLICATION FOR EXTENSION OF LOSS MITIGATION

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: November 30, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the Application of Debtors, Carmelo F. Tortorici and Mary A. Saint-Pierre (collectively "Debtors") by and through their counsel, William H. Oliver, Jr., Esq., for an extension of Loss Mitigation Period (the "Application") (Docket No. 40); and secured creditor CIT Bank, N.A. f/k/a One West Bank, N.A. f/k/a One West Bank, FSB (hereinafter "Secured Creditor"), by and through its counsel, RAS Citron, LLC, having objected to the Application (Docket No. 42); and the parties having discussed the Application and Objection, and for cause shown, it is

ORDERED that the automatic stay is vacated as to Debtors' real property commonly known as 21 Cottonwood Drive, Jackson, New Jersey 08527 (the "Property"); and it is further

ORDERED that Secured Creditor shall be permitted to proceed with its foreclosure proceeding up to and including the scheduling of the Sheriff's Sale of the Property; and it is further

ORDERED that the Sheriff's Sale of the Property cannot occur on or before January 31, 2018; and it is further.

ORDERED that Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.