| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | CASE NO.: 17-10046-KCF<br><br>CHAPTER 13<br><br>Order Filed on November 30, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| **In Re:**<br><br>**CARMELO F TORTORICI and**<br>**MARY A SAINT-PIERRE ,**<br><br>    Debtors. | |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTORS' APPLICATION FOR EXTENSION OF LOSS MITIGATION

The relief set forth on the following page, is hereby **ORDERED.**

**DATED: November 30, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the Application of Debtors, Carmelo F. Tortorici and Mary A. Saint-Pierre (collectively "Debtors") by and through their counsel, William H. Oliver, Jr., Esq., for an extension of Loss Mitigation Period (the "Application") (Docket No. 40); and secured creditor CIT Bank, N.A. f/k/a One West Bank, N.A. f/k/a One West Bank, FSB (hereinafter "Secured Creditor"), by and through its counsel, RAS Citron, LLC, having objected to the Application (Docket No. 42); and the parties having discussed the Application and Objection, and for cause shown, it is

ORDERED that the automatic stay is vacated as to Debtors' real property commonly known as 21 Cottonwood Drive, Jackson, New Jersey 08527 (the "Property"); and it is further

ORDERED that Secured Creditor shall be permitted to proceed with its foreclosure proceeding up to and including the scheduling of the Sheriff's Sale of the Property; and it is further

ORDERED that the Sheriff's Sale of the Property cannot occur on or before January 31, 2018; and it is further.

ORDERED that Secured Creditor shall serve this Order on the Debtor(s), any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                          Case No. 17-10046-KCF
Carmelo F Tortorici                             Chapter 13
Mary A Saint-Pierre
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin         Page 1 of 1           Date Rcvd: Dec 01, 2017
                         Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.
db          #+Carmelo F Tortorici,    21 Cottonwood Drive,    Jackson, NJ 08527-4940
jdb          +Mary A Saint-Pierre,    21 Cottonwood Drive,    Jackson, NJ 08527-4940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com
      Jonathan B. Peitz    on behalf of Creditor    New Jersey Division of Taxation Jonathan.Peitz@dol.lps.state.nj.us
      Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.    on behalf of Debtor Carmelo F Tortorici bkwoliver@aol.com, r59915@notify.bestcase.com
      William H. Oliver, Jr.    on behalf of Joint Debtor Mary A Saint-Pierre bkwoliver@aol.com, r59915@notify.bestcase.com
                                                                                                                         TOTAL: 10