| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Carmelo F Tortorici<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–3682<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Mary A Saint–Pierre<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–8285<br>__–_____ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    1/3/17 |
| Case number: | 17–10046–KCF | Date case converted to chapter: | 7    1/2/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Carmelo F Tortorici | Mary A Saint–Pierre |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 21 Cottonwood Drive<br>Jackson, NJ 08527 | 21 Cottonwood Drive<br>Jackson, NJ 08527 |
| 4. | **Debtor's attorney**<br>Name and address | William H. Oliver, Jr.<br>William H. Oliver, JR<br>2240 State Highway 33<br>Suite 112<br>Neptune, NJ 07753 | Contact phone 732–988–1500 |
| 5. | **Bankruptcy trustee**<br>Name and address | Barry Frost<br>Barry W. Frost, Chapter 7 Trustee<br>3131 Princeton Pike<br>Suite 110<br>Building 5<br>Lawrenceville, NJ 08648 | Contact phone 609–890–1500 |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 1/3/18 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 5, 2018 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/6/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                           Case No. 17-10046-KCF
Carmelo F Tortorici                                              Chapter 7
Mary A Saint-Pierre
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                  Page 1 of 3         Date Rcvd: Jan 03, 2018
                              Form ID: 309A                Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db             #+Carmelo F Tortorici,    21 Cottonwood Drive,    Jackson, NJ 08527-4940
jdb             +Mary A Saint-Pierre,    21 Cottonwood Drive,    Jackson, NJ 08527-4940
516576730       +ACB Receivables Management,     19 Main St., Box 350,    Asbury Park, NJ 07712-7012
516576732       +Alliance One,    6565 Kimball Drive,    Suite 200,    Gig Harbor, WA 98335-1206
516678921       +CIT Bank, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue,,   Suite 100,
                  Boca Raton, FL 33487-2853
516617696       +CIT Bank, N.A.,,    fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    P.O. Box 9013,
                  Addison, Texas 75001-9013
516610007       +Capital One Auto Finance,    4515 N Santa Fe Ave., Dept. APS,    Oklahoma City, OK 73118-7901
516592505       +Capital One Auto Finance,    c/o Ascension Capital Group,    4515 N Santa Fe Ave., Dept. APS,
                  Oklahoma City, OK 73118-7901
516576740       +CentraState Medical Center,    901 W. Main St.,    Freehold, NJ 07728-2549
516576742        Cit Bank,   715 S. Metropolitan Ave.,    PO Box 24330,    Oklahoma City, OK 73124-0330
516576748       +E-Z Pass Violations Service Center,    New York Service Center,    Violation Processign Unit,
                  PO Box 15186,    Albany, NY 12212-5186
516576749       +EZ- Pass Customer Service,    Po Box 15186,    Albany, NY 12212-5186
516576750       +Freehold Area Radiology,    P.O. Box 6548,    Freehold, NJ 07728-6548
516576751       +Freehold Radiology Group, PA,    P.O. Box 6548,    Freehold, NJ 07728-6548
516612418        JPMorgan Chase Bank, N.A.,    po box 29505   Phx, AZ 85038
516576754       +Jackson Township Tax Collector,    95 W. Veterans Highway,    Jackson, NJ 08527-3495
516576757        NYC Department of Finance,    PO Box 3674,    New York, NY 10008-3674
516576756        NYC Department of Finance,    Parking Violations,    Church Street Station,    New York, NY 10008
516576758        PennCredit,   916 S 14 St,    PO Box 988,    Harrisburg, PA 17108-0988
516576760      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Department of the Treasury,
                  Division of Taxation,    P.O. Box 187,    Trenton, NJ 08695-0187)
516576759       +Shell Point,    Po Box 1410,   Troy, MI 48099-1410
516576761       +State of New Jersey Motor Vehicle Surcha,    PO Box 4850,    Trenton, NJ 08650-4850
516576762       +The Port Authority fo NY & NJ,    Newark Liberty International Airport,    Bldg. 70 Brewster Road,
                  Newark, NJ 07114-3722

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bkwoliver@aol.com Jan 03 2018 23:17:49      William H. Oliver, Jr.,
                  William H. Oliver, JR,    2240 State Highway 33,    Suite 112,    Neptune, NJ  07753
tr             +EDI: BBWFROST.COM Jan 03 2018 23:28:00      Barry Frost,    Barry W. Frost, Chapter 7 Trustee,
                  3131 Princeton Pike,    Suite 110,    Building 5,    Lawrenceville, NJ 08648-2201
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2018 23:18:50      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2018 23:18:48      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516576733       EDI: HNDA.COM Jan 03 2018 23:28:00      American Honda Finance,    Po Box 168088,
                  Irving, TX 75016
516576731      +EDI: AFNIRECOVERY.COM Jan 03 2018 23:28:00      Afni,    1310 Martin Luther King Drive,
                  Bloomington, IL 61701-1465
516576734      +EDI: AMEREXPR.COM Jan 03 2018 23:28:00      Amex,    Correspondence,    Po Box 981540,
                  El Paso, TX 79998-1540
516576737       EDI: CAPITALONE.COM Jan 03 2018 23:28:00      Capital One,    15000 Capital One Dr,
                  Richmond, VA 23238
516576735      +EDI: CAPITALONE.COM Jan 03 2018 23:28:00      Capital One,    Po Box 30281,
                  Salt Lake City, UT 84130-0281
516576736      +EDI: CAPITALONE.COM Jan 03 2018 23:28:00      Capital One,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
516576738      +EDI: CAPONEAUTO.COM Jan 03 2018 23:28:00      Capital One Auto Finance,    3901 Dallas Pkwy,
                  Plano, TX 75093-7864
516605331      +EDI: AISACG.COM Jan 03 2018 23:28:00      Capital One Auto Finance,,
                  c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516576741      +EDI: CAUT.COM Jan 03 2018 23:28:00      Chase Auto Finance,    National Bankruptcy Dept,
                  201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516576743      +EDI: WFNNB.COM Jan 03 2018 23:28:00      Comenity Bank/Eddie Bauer,    Po Box 182125,
                  Columbus, OH 43218-2125
516576744       EDI: WFNNB.COM Jan 03 2018 23:28:00      Comenity Bank/Victoria Secret,    Po Box 18215,
                  Columbus, OH 43218
516576746      +EDI: RCSFNBMARIN.COM Jan 03 2018 23:28:00      Credit One Bank Na,    Po Box 98873,
                  Las Vegas, NV 89193-8873
516576745      +EDI: RCSFNBMARIN.COM Jan 03 2018 23:28:00      Credit One Bank Na,    Po Box 98875,
                  Las Vegas, NV 89193-8875
516576747      +EDI: DCI.COM Jan 03 2018 23:28:00      Diversidied Consultants Inc,,    PO BOx 551268,
                  Jacksonville, FL 32255-1268
516576752      +EDI: CCS.COM Jan 03 2018 23:28:00      Geico Indemnity Co.,    Payment Processing Center - 27,
                  PO Box 55126,    Boston, MA 02205-5126
516806941       EDI: IRS.COM Jan 03 2018 23:28:00      IRS,    POB 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-3           User: admin              Page 2 of 3                  Date Rcvd: Jan 03, 2018
                               Form ID: 309A            Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516793314        EDI: JEFFERSONCAP.COM Jan 03 2018 23:28:00      Jefferson Capital Systems LLC,   Po Box 7999,
                  Saint Cloud Mn 56302-9617
516576755        EDI: JEFFERSONCAP.COM Jan 03 2018 23:28:00      Jefferson Capital Systems, LLC,   16 Mcleland Rd,
                  Saint Cloud, MN 56303
516790704        EDI: RESURGENT.COM Jan 03 2018 23:28:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of FNBM, LLC,   Resurgent Capital Services,   PO Box 10587,
                  Greenville, SC 29603-0587
516818417        EDI: PRA.COM Jan 03 2018 23:28:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
516687305        EDI: Q3G.COM Jan 03 2018 23:28:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                  PO Box 788,   Kirkland, WA   98083-0788
516748107        EDI: Q3G.COM Jan 03 2018 23:28:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                  PO Box 788,   Kirkland, WA   98083-0788
516657210       +EDI: RMSC.COM Jan 03 2018 23:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
516576763        EDI: VERIZONWIRE.COM Jan 03 2018 23:28:00      Verizon Wireless,   P. O. Box 660108,
                  Dallax, TX 75266-0108
                                                                                               TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516576753*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,   Special Procedures,   Bankruptcy Section,
                   P.O. Box 724,   Springfield, NJ 07081)
516947145*      IRS,   POB 7346,   Philadelphia, PA  19101-7346
516624447*      Internal Revenue Service,   POB 7346,   Philadelphia, PA  19101-7346
516697109*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Division of Taxation,   Bankruptcy Section,
                   PO Box 245,   Trenton, NJ 08695-0245)
516576729      ##+ACB Receivables Management,   Po Box 350,   Asbury Park, NJ 07712-0350
516576739      ##Central Jersey Emergency Medicine Assc,   PO Box 2680,   New Brunswick, NJ 08903-2680
                                                                                      TOTALS: 0, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor   Capital One Auto Finance
               jschwartz@mesterschwartz.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Jan 03, 2018
                              Form ID: 309A            Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jonathan B. Peitz    on behalf of Creditor    New Jersey Division of Taxation Jonathan.Peitz@dol.lps.state.nj.us
        Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        Laura M. Egerman    on behalf of Creditor    CIT Bank, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.    on behalf of Debtor Carmelo F Tortorici bkwoliver@aol.com, r59915@notify.bestcase.com
        William H. Oliver, Jr.    on behalf of Joint Debtor Mary A Saint-Pierre bkwoliver@aol.com, r59915@notify.bestcase.com

        TOTAL: 11