Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–10046–KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Carmelo F Tortorici               Mary A Saint–Pierre
21 Cottonwood Drive              21 Cottonwood Drive
Jackson, NJ 08527                Jackson, NJ 08527

Social Security No.:
xxx–xx–3682                      xxx–xx–8285

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

You are hereby notified that the Clerk has determined that the

- ☑ debtor
- ☐ joint debtor

received a discharge in case number 09–29801 , commenced on 7/30/09. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

Objections to this matter must be in writing and filed with the Clerk on or before January 30, 2018 at

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

In the event a timely objection is filed, a hearing will be held before the Honorable Judge Kathryn C. Ferguson on:

DATE:         February 6, 2018
TIME:         10:00 AM
COURTROOM:    2

Dated: January 9, 2018
JAN: mrg

Jeanne Naughton
Clerk