Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 17−10046−KCF
                Chapter: 7
                Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carmelo F Tortorici                                Mary A Saint−Pierre
   21 Cottonwood Drive                           21 Cottonwood Drive
   Jackson, NJ 08527                                Jackson, NJ 08527

Social Security No.:
   xxx−xx−3682                                        xxx−xx−8285

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on April 11, 2018.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 12, 2018
JAN: ghm

                                                                  Jeanne Naughton
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Carmelo F Tortorici
Mary A Saint-Pierre
    Debtors

Case No. 17-10046-KCF
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 | Date Rcvd: Apr 12, 2018 |
|---|---|---|---|
| | Form ID: 148 | Total Noticed: 51 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.

```
db             #+Carmelo F Tortorici,    21 Cottonwood Drive,    Jackson, NJ 08527-4940
jdb             +Mary A Saint-Pierre,    21 Cottonwood Drive,    Jackson, NJ 08527-4940
cr              +CIT Bank, N.A.,    RAS Citron, LLC,    130 Clinton Road,    Fairfield, NJ 07004-2926
516576730       +ACB Receivables Management,    19 Main St., Box 350,    Asbury Park, NJ 07712-7012
516576732       +Alliance One,    6565 Kimball Drive,    Suite 200,    Gig Harbor, WA 98335-1206
516678921       +CIT Bank, N.A.,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue,,    Suite 100,
                 Boca Raton, FL 33487-2853
516617696       +CIT Bank, N.A.,,    fka OneWest Bank, N.A.,,    fka OneWest Bank, FSB,    P.O. Box 9013,
                 Addison, Texas 75001-9013
516576740       +CentraState Medical Center,    901 W. Main St.,    Freehold, NJ 07728-2549
516576742        Cit Bank,    715 S. Metropolitan Ave.,    PO Box 24330,    Oklahoma City, OK 73124-0330
516576748       +E-Z Pass Violations Service Center,    New York Service Center,    Violation Processign Unit,
                 PO Box 15186,    Albany, NY 12212-5186
516576749       +EZ- Pass Customer Service,    Po Box 15186,    Albany, NY 12212-5186
516576750       +Freehold Area Radiology,    P.O. Box 6548,    Freehold, NJ 07728-6548
516576751       +Freehold Radiology Group, PA,    P.O. Box 6548,    Freehold, NJ 07728-6548
516612418        JPMorgan Chase Bank, N.A.,    po box 29505    Phx, AZ 85038
516576754       +Jackson Township Tax Collector,    95 W. Veterans Highway,    Jackson, NJ 08527-3495
516576757        NYC Department of Finance,    PO Box 3674,    New York, NY 10008-3674
516576756        NYC Department of Finance,    Parking Violations,    Church Street Station,    New York, NY 10008
516576758       +PennCredit,    916 S 14 St,    PO Box 988,    Harrisburg, PA 17108-0988
516576760      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    P.O. Box 187,    Trenton, NJ 08695-0187)
516576759       +Shell Point,    Po Box 1410,    Troy, MI 48099-1410
516576761       +State of New Jersey Motor Vehicle Surcha,    PO Box 4850,    Trenton, NJ 08650-4850
516576762       +The Port Authority fo NY & NJ,    Newark Liberty International Airport,    Bldg. 70 Brewster Road,
                 Newark, NJ 07114-3722
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2018 23:40:32     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2018 23:40:28     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: EBN_Notifications@OWB.com Apr 12 2018 23:40:24     One West Bank, FSB,
                 One West/Citi Bank,    888 East Walnut Street,    Pasadena, CA 91101-1895
516576733       EDI: HNDA.COM Apr 13 2018 03:18:00     American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
516576731      +EDI: AFNIRECOVERY.COM Apr 13 2018 03:18:00      Afni,    1310 Martin Luther King Drive,
                 Bloomington, IL 61701-1465
516576734      +EDI: AMEREXPR.COM Apr 13 2018 03:13:00      Amex,    Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
516576737       EDI: CAPITALONE.COM Apr 13 2018 03:13:00     Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
516576735      +EDI: CAPITALONE.COM Apr 13 2018 03:13:00      Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
516576736      +EDI: CAPITALONE.COM Apr 13 2018 03:13:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516610007      +EDI: AISACG.COM Apr 13 2018 03:18:00      Capital One Auto Finance,
                 4515 N Santa Fe Ave., Dept. APS,    Oklahoma City, OK 73118-7901
516576738      +EDI: CAPONEAUTO.COM Apr 13 2018 03:18:00      Capital One Auto Finance,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
516592505      +EDI: AISACG.COM Apr 13 2018 03:18:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    4515 N Santa Fe Ave., Dept. APS,    Oklahoma City, OK 73118-7901
516605331      +EDI: AISACG.COM Apr 13 2018 03:18:00      Capital One Auto Finance,
                 c/o Ascension Capital Group,    P.O. Box 201347,    Arlington, TX 76006-1347
516576741      +EDI: CAUT.COM Apr 13 2018 03:18:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix, AZ 85004-1071
516576743      +EDI: WFNNB.COM Apr 13 2018 03:18:00      Comenity Bank/Eddie Bauer,    Po Box 182125,
                 Columbus, OH 43218-2125
516576744       EDI: WFNNB.COM Apr 13 2018 03:18:00     Comenity Bank/Victoria Secret,    Po Box 18215,
                 Columbus, OH 43218
516576746      +EDI: RCSFNBMARIN.COM Apr 13 2018 03:13:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
516576745      +EDI: RCSFNBMARIN.COM Apr 13 2018 03:13:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
516576747      +EDI: DCI.COM Apr 13 2018 03:18:00      Diversidied Consultants Inc,,    PO BOx 551268,
                 Jacksonville, FL 32255-1268
516576752      +EDI: CCS.COM Apr 13 2018 03:18:00      Geico Indemnity Co.,    Payment Processing Center - 27,
                 PO Box 55126,    Boston, MA 02205-5126
516806941       EDI: IRS.COM Apr 13 2018 03:13:00     IRS,    POB 7346,    Philadelphia, PA  19101-7346
```

```
District/off: 0312-3          User: admin              Page 2 of 3             Date Rcvd: Apr 12, 2018
                              Form ID: 148             Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516793314      EDI: JEFFERSONCAP.COM Apr 13 2018 03:18:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
516576755      EDI: JEFFERSONCAP.COM Apr 13 2018 03:18:00      Jefferson Capital Systems, LLC,    16 Mcleland Rd,
                 Saint Cloud, MN 56303
516790704      EDI: RESURGENT.COM Apr 13 2018 03:18:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516818417      EDI: PRA.COM Apr 13 2018 03:18:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516687305      EDI: Q3G.COM Apr 13 2018 03:18:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
516748107      EDI: Q3G.COM Apr 13 2018 03:18:00      Quantum3 Group LLC as agent for,    Sadino Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
516657210     +EDI: RMSC.COM Apr 13 2018 03:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516576763      EDI: VERIZONCOMB.COM Apr 13 2018 03:13:00      Verizon Wireless,    P. O. Box 660108,
                 Dallax, TX 75266-0108
                                                                                               TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516576753*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,    Springfield, NJ 07081)
516947145*      IRS,    POB 7346,    Philadelphia, PA  19101-7346
516624447*      Internal Revenue Service,    POB 7346,    Philadelphia, PA  19101-7346
516697109*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
516576729     ##+ACB Receivables Management,    Po Box 350,    Asbury Park, NJ 07712-0350
516576739      ##Central Jersey Emergency Medicine Assc,    PO Box 2680,    New Brunswick, NJ 08903-2680
                                                                                  TOTALS: 0, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Barry Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    CIT Bank, N.A., fka One West Bank, N.A., fka One West
               Bank, FSB dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Apr 12, 2018
                              Form ID: 148             Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Jonathan B. Peitz   on behalf of Creditor   New Jersey Division of Taxation Jonathan.Peitz@dol.lps.state.nj.us
      Laura M. Egerman   on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One West Bank, FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      Laura M. Egerman   on behalf of Creditor   CIT Bank, N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.   on behalf of Debtor Carmelo F Tortorici bkwoliver@aol.com, R59915@notify.bestcase.com
      William H. Oliver, Jr.   on behalf of Joint Debtor Mary A Saint-Pierre bkwoliver@aol.com, R59915@notify.bestcase.com

                                                                                              TOTAL: 11