| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Barry W. Frost, Esq.**<br>3131 Princeton Pike<br>Building 5, Suite 110<br>Lawrenceville, NJ 08648<br>(609) 890-1500<br>Barry W. Frost, Esq.,<br> *Chapter 7 Trustee* | Order Filed on April 11, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>CARMELO F. TORTORICI and<br>MARY A. SAINT-PIERRE,<br><br>      Debtors. | Case No. 17-10046 (KCF)<br><br>Chapter 7<br><br>Honorable Kathryn C. Ferguson |

# ORDER DISMISSING THE DEBTORS' CHAPTER 7 PETITION

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 11, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: Carmelo F. Tortorici and Mary A. Saint-Pierre
Case No.: 17-10046 (KCF)
Caption of Order:    Order Dismissing the Debtors' Chapter 7 Petition

**THIS MATTER** having been opened to the Court by Barry W. Frost, Chapter 7 Trustee ("Trustee") for Carmelo F. Tortorici and Mary A. Saint-Pierre ("Debtors"), upon Application for the entry of an Order dismissing the Debtors' Chapter 7 Petition; and notice having been provided to the Office of the United States Trustee, all parties included on the Certificate of Service, and to the Debtors; and said notice constituting good and sufficient notice pursuant to the Federal and Local Rules of Bankruptcy Procedure; and the Court having considered oral argument of the Trustee's counsel in support of the Trustee's Motion and opposition thereto, if any; and for other good cause having been shown;

**IT IS ORDERED** that the Debtors' Chapter 7 petition be, and hereby is, dismissed; and it is further

**ORDERED** that a copy of this Order shall be served on all parties included on the Certificate of Service within seven (7) days from the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:
Carmelo F Tortorici
Mary A Saint-Pierre
    Debtors

Case No. 17-10046-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Apr 12, 2018
                        Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
db         #+Carmelo F Tortorici,   21 Cottonwood Drive,   Jackson, NJ 08527-4940
jdb        +Mary A Saint-Pierre,   21 Cottonwood Drive,   Jackson, NJ 08527-4940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:
        Aleksander P. Powietrzynski   on behalf of Creditor   JPMORGAN CHASE BANK, N.A.
        alex@winstonandwinston.com
        Barry Frost   trustee@teichgroh.com, NJ94@ecfcbis.com
        Denise E. Carlon   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One West
        Bank, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Jason Brett Schwartz   on behalf of Creditor   Capital One Auto Finance
        jschwartz@mesterschwartz.com
        Jonathan B. Peitz   on behalf of Creditor   New Jersey Division of Taxation
        Jonathan.Peitz@dol.lps.state.nj.us
        Laura M. Egerman   on behalf of Creditor   CIT Bank, N.A. bkyecf@rasflaw.com,
        bkyecf@rasflaw.com;legerman@rasnj.com
        Laura M. Egerman   on behalf of Creditor   CIT Bank, N.A., fka One West Bank, N.A., fka One West
        Bank, FSB bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.   on behalf of Debtor Carmelo F Tortorici bkwoliver@aol.com,
        R59915@notify.bestcase.com
        William H. Oliver, Jr.   on behalf of Joint Debtor Mary A Saint-Pierre bkwoliver@aol.com,
        R59915@notify.bestcase.com
        TOTAL: 11